UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                           Proceeding Date: August 13, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                       DOCKET NO. 20-7113 (RBK/AMD)
**Daniel Fainman**
  v.
**The Home Depot, Inc., et al**

**APPEARANCES:**
Joseph Rakofsky, Esq. for plaintiff
Carla Elias Nava, Esq. for defendant The Home Depot

**NATURE OF PROCEEDINGS:**    Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record

                                         *s/Susan Bush*
                                         **DEPUTY CLERK**

Time Commenced: 10:11 a.m. Time Adjourned: 10:15 a.m. Total time: 4 mins.