[D.I. 12]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DANIEL FAINMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>THE HOME DEPOT, et al.,<br><br>       Defendants. | Civil No. 20-7113 (RBK/AMD) |

**<u>ORDER</u>**

This matter comes before the Court by way of unopposed motion by Plaintiff Daniel Fainman (hereinafter, "Plaintiff") seeking leave to file an amended complaint. (*See* Motion for Leave to File [D.I. 12], July 13, 2020.) The Court has considered the submission and conducted a telephone conference on August 13, 2020, with appearances as set forth on the record. For the reasons set forth on the record, and for good cause shown:

IT IS on this **13th** day of **August 2020**,

**ORDERED** that Plaintiff's motion [D.I. 12] shall be, and is hereby, **<u>GRANTED</u>**, as set forth on the record; and it is further

**ORDERED** that Plaintiff shall file the amended complaint in the form attached to the motion within ten (10) days of entry

of this Order, and shall thereafter submit a letter to the District Judge addressing whether remand is appropriate in light of addition of the new parties, as set forth on the record.

                                           s/ Ann Marie Donio
                                           ANN MARIE DONIO
                                           UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler