IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIEL FAINMAN,**<br>**114 W. BROAD ST. 08332, LLC**,<br><br>  Plaintiff,<br><br>v.<br><br>**THE HOME DEPOT, INC.,**<br>**RASHON DURHAM,**<br>**MAURICE DURHAM,**<br>**JANE DOE**,<br><br>  Defendant. | MOTION TO REMAND<br><br>Civil Action<br><br>Docket No.: 1:20-cv-07113-RBK-AMD |

## PLAINTIFFS' MOTION TO REMAND

For the reasons set forth in the accompanying memorandum of law which is incorporated by reference, the Plaintiff hereby moves for an order remanding this case back to the Superior Court of New Jersey, Law Division, Cumberland County, No. CUM-L-281-20 and requiring payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal.

/s: *Joseph Rakofsky*/
Joseph Rakofsky, Esq.
J.A. Rakofsky
Injury & Accident Law, LLC
P.O. Box 32250
Newark, NJ 07102
Tel. (888) 977-0090
Fax. (888) 977-4711

## **CERTIFICATE OF SERVICE**

I, the undersigned, on this 14th day of August, 2020, hereby certifies that a true and complete copy of the foregoing instrument was mailed, via First Class, United States Postal Service, Postage pre-paid to:

Carla Elias Nava, Esquire
77 Water Street, 21st Floor
New York, NY 08002
T: (646) 783-1719
F: (212) 232-1399
E: Carla.EliasNava@lewisbrisbois.com

*Attorney for Defendant, The Home Depot, Inc.*

/s: *Joseph Rakofsky*/
Joseph Rakofsky, Esq.
J.A. Rakofsky
Injury & Accident Law, LLC
P.O. Box 32250
Newark, NJ 07102
Tel. (888) 977-0090
Fax. (888) 977-4711
