Joseph Rakofsky, Esq.
INJURY & ACCIDENT LAW RAKOFSKY, LLC
P.O. Box 32250
Newark, New Jersey 07102
Tel.(888) 977-0090
Fax.(888) 977-4711
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DANIEL FAINMAN,**<br>**114 W. BROAD ST. 08332, LLC**<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE HOME DEPOT, INC.,**<br>**RASHON DURHAM,**<br>**MAURICE DURHAM,**<br>**JANE DOE**<br><br>*Defendants.* | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**<br><br>CIVIL ACTION NO.<br>1:20-cv-07113-RBK-AMD |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Plaintiff, 114 W. BROAD ST. 08332, LLC, hereby certifies as follows:

1. 114 W. BROAD ST. 08332, LLC is a corporation formed under the laws of the State of New Jersey. 114 W. BROAD ST. 08332, LLC does not have a parent corporation nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated: August 15, 2020                */s/: Joseph  Rakofsky/*
                                                          Joseph Rakofsky, Esq.
                                                          TrialLawyerUSA@gmail.com
                                                          N.J. Bar No. 034462009
                                                          *Attorney for Plaintiffs*