# J.A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

P.O. BOX 32250 ● NEWARK, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

September 8, 2020

**Via e-File:**
To:   Hon. Robert B. Kugler, U.S.J.
      United States District Court
      Mitchell H. Cohen Building
      & U.S. Courthouse
      4th & Cooper Streets
      Camden, NJ 08101

**RE:   Daniel Fainman, *et al*. v. The Home Depot, Inc., *et al.*
        Docket: 1:20-cv-07113-RBK-AMD**

Dear Judge Kugler,

    I hope Your Honor is well. We respectfully request that this Honorable Court permit us to withdraw our request for attorney fees, which was included in our Motion to Remand.

    If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.

Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.
Cell: (917) 319-2699