

Michael N. Giacopelli
77 Water Street, Suite 2100
New York, New York 10005
Michael.Giacopelli@lewisbrisbois.com
Direct: 212.232.1361

September 8, 2020

File No. 44269.31

**VIA ECF**

Judge Robert B. Kugler
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    FAINMAN v. THE HOME DEPOT, INC., et al.
             USDC/DNJ - Case No.1:20-cv-07113-RBK-AMD

Dear Judge Kugler:

      Please accept this correspondence advising the Court that Home Depot will not be filing opposition papers as we do not challenge Plaintiff's request for remand due to the newly added Defendants. We thank Plaintiff for withdrawing the request for attorneys' fees from the motion (by letter dated September 8, 2020). Should the Court require a conference with the parties regarding the pending motion, we are available at Your Honor's convenience.

                                  Respectfully submitted,

                                    *Michael Giacopelli*

                                  Michael N. Giacopelli of
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP

MNG:MAP
cc:     ALL PARTIES VIA ECF