LEWIS BRISBOIS BISGAARD & SMITH LLP
Manuel Palaguachi  ID# 264632018
77 Water Street, Ste. 2100
New York, New York 10005
T:  212-232-1300
F:  212-232-1399
*Attorneys for Defendant*
HOME DEPOT U.S.A., INC., *improperly pled as ("THE HOME DEPOT, INC.")*

| | |
|---|---|
| DANIEL FAINMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. and JOHN DOES "A"-"C",<br><br>               Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civ. Case No. 1:20-cv-07113<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Manuel Palaguachi of the firm Lewis Brisbois Bisgaard & Smith, LLP, 77 Water Street, Suite 2100, New York, New York 10005 hereby enters an appearance in the above-captioned matter as counsel for Defendant HOME DEPOT U.S.A., INC. ("HOME DEPOT") (i/s/h/a "THE HOME DEPOT, INC."), and requests that copies of all notices, pleadings and other papers in this matter be served upon him.

                                                                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                                                *Attorneys for Defendant*
                                                                HOME DEPOT U.S.A., INC., *improperly pled as*
                                                                     *("THE HOME DEPOT, INC.")*

                                                                *Manuel Palaguachi*
                                                                _____
                                                                Manuel Palaguachi

Dated: October 23, 2020

TO: All Parties on ECF

4827-4583-8287.1