LEWIS BRISBOIS BISGAARD & SMITH LLP
Karen L. Campbell (KC 1962)
77 Water Street, Ste. 2100
New York, New York 10005
T:  212-232-1300
F:  212-232-1399
*Attorneys for Defendant*
HOME DEPOT U.S.A., INC., *improperly pled as ("THE HOME DEPOT, INC.")*

| | |
|---|---|
| DANIEL FAINMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. and JOHN DOES "A"-"C",<br><br>       Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civ. Case No. 1:20-cv-07113<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Karen Campbell of the firm Lewis Brisbois Bisgaard & Smith, LLP, 77 Water Street, Suite 2100, New York, New York 10005 hereby enters an appearance in the above-captioned matter as counsel for Defendant HOME DEPOT U.S.A., INC. ("HOME DEPOT") (i/s/h/a "THE HOME DEPOT, INC."), and requests that copies of all notices, pleadings and other papers in this matter be served upon her.

                  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                  *Attorneys for Defendant*
                  HOME DEPOT U.S.A., INC., *improperly pled as*
                    *("THE HOME DEPOT, INC.")*

                  *Karen Campbell*
                  _____
                  Karen L. Campbell

Dated: October 29, 2020

TO: All Parties on ECF